.Carl G. Strawn, Appellee, v. Harold Perbix, Appellant.

Gen. No. 9,304.

opinion filed February 24, 1942. Carl E. Robinson and Robert C. Gasen, for appellant; Edward J. Flynn, for appellee. Opinion by JUSTICE FULTON. ''Not to be published in full.''

James Barker, Appellee, v. George Geisendorfer, Appellant.

Gen. No. 9,316.

opinion filed February 24, 1942. A. W. Schimmel, for appellant; Williams & Williams, for appellee. Opinion by JUSTICE FULTON. ''Not to be published in full.''